IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:09-CR-00297-BO

| UNITED STATES, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLIE E. FARMER | ) | |
| | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion for Leave to Appeal Out-of-Time filed on July 6, 2010 and Motion to Correct Clear Error filed on July 19, 2010. The Court has already granted the Defendant's requested relief on July 13, 2010 by amending the judgment to correct a clerical order to reflect a sentence of 180 months. Therefore, both motions are moot and the Government's Motion to Dismiss is GRANTED.

SO ORDERED, this 15 day of September, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE