IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CR-297-B01
NO. 5:11-CV-116-BO

| | |
|---|---|
| CHARLIE ELBERT FARMER,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | **ORDER TO SEAL** |

For good cause shown, Respondent's Memorandum in Support of the Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal in the above-captioned case is hereby GRANTED. The Clerk's Office is directed to place Respondent's Memorandum in Support of Respondent's Motion to Dismiss and Respondent's Memorandum in Support of the Motion to Seal under seal, except that copy of the same is issued to Respondent.

IT IS SO ORDERED, this 31 day of May, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE